UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STACY MAKHNEVICH,

                           Plaintiff,

-against-

ARROWPOINT CAPITAL MANAGEMENT, L.L.C.; ARROWPOINT GROUP, L.L.C.; ARROWPOINT PARTNER, L.P.; ROACH & MURTHA ATTORNEYS AT LAW; TIMOTHY MURTHA; ARROWOOD INDEMNITY COMPANY,

                           Defendants.

---

23-CV-1559 (JMF)

ORDER OF SERVICE

JESSE M. FURMAN, United States District Judge:

      Plaintiff brings this *pro se* action, for which the filing fee has been paid, asserting claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, and state law.

      The Clerk of Court is directed to issue a summons as to Defendants: (1) Arrowpoint Capital Management, L.L.C.; (2) Arrowpoint Group, L.L.C.; (3) Arrowpoint Partner, L.P.; (4) Roach & Murtha Attorneys at Law; (5) Timothy Murtha; and (6) Arrowood Indemnity Company. Plaintiff is directed to serve the summonses and complaint on Defendants within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:    March 16, 2023
             New York, New York

                                                    JESSE M. FURMAN
                                                United States District Judge