```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :
STACEY MAKHNEVICH,                              :
                                                :
                          Plaintiff,            :         23-CV-1559 (JMF)
                                                :
        -v-                                     :              ORDER
                                                :
ARROWOOD INDEMNITY COMPANY, et al.,             :
                                                :
                          Defendants.           :
                                                :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On May 12, 2023, Plaintiff filed a motion for an award of service fees as to Defendants Roach & Murtha Attorneys at Law, P.C. and Timothy Murtha. ECF No. 28. Defendants shall file any opposition by **May 19, 2023**.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: May 12, 2023
       New York, New York

_____
JESSE M. FURMAN
United States District Judge