UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
STACEY MAKHNEVICH,                                                      :
:
                Plaintiff,                       :         23-CV-1559 (JMF)
:
     -v-                                                              :         <u>ORDER</u>
:
ARROWOOD INDEMNITY COMPANY, et al.,                                     :
:
                Defendants.                      :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The parties are reminded that, per the Court's earlier Order, the initial pretrial conference in this case is scheduled for **June 8, 2023**, at **3:30 p.m.** To join the conference, the parties must call the Court's dedicated conference line at (888) 363-4749 and use access code 542-1540, followed by the pound (#) key. Additionally, counsel for any represented party should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires counsel, **no later than 24 hours before the conference**, to send an email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of anyone who is expected to speak during the teleconference and the telephone numbers from which they expect to join the call.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: May 30, 2023                              _____
       New York, New York                      JESSE M. FURMAN
                                                    United States District Judge