UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STACEY MAKHNEVICH, :
:
Plaintiff, :  23-CV-1559 (JMF)
:
-v- :  ORDER
:
ARROWOOD INDEMNITY COMPANY, et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The time of the initial pretrial conference scheduled for June 29, 2023, is hereby CHANGED to **10:30 a.m.**  To join the conference, the parties must call the Court's dedicated conference line at (888) 363-4749 and use access code 542-1540, followed by the pound (#) key.  Additionally, counsel for any represented party should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires counsel, **no later than 24 hours before the conference**, to send an email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of anyone who is expected to speak during the teleconference and the telephone numbers from which they expect to join the call.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: June 15, 2023
       New York, New York
                                                 JESSE M. FURMAN
                                                 United States District Judge