UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STACEY MAKHNEVICH,                                               :
:
:
                         Plaintiff,                              :
:                         23-CV-1559 (JMF)
            -v-                                                  :
:                              ORDER
:
ARROWOOD INDEMNITY COMPANY, et al.,                              :
:
                         Defendants.                             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's April 26, 2023 Order, ECF No. 27, the parties were required to file letters, the contents of which are described therein, no later than the Thursday of the week prior to the initial pretrial conference, which is scheduled for **tomorrow, July 29, 2023**. To date, the parties have not filed their letters. Counsel for the Defendants who have appeared is directed to file the letter described by **9 a.m. tomorrow**. Because Plaintiff is *pro se* and will not receive this Order in advance of tomorrow's conference, Plaintiff is not required to file a letter.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: June 28, 2023
       New York, New York
                                       _____
                                            JESSE M. FURMAN
                                          United States District Judge