UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
STACEY MAKHNEVICH,                                                :
:
                       Plaintiff,                          :        23-CV-1559 (JMF)
:
        -v-                                                       :        <u>ORDER</u>
:
ARROWOOD INDEMNITY COMPANY, et al.,                               :
:
                       Defendants.                        :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Plaintiff filed a letter on June 30, 2023, stating that she had not yet received reimbursement for the costs of serving the lawsuit on Defendants. ECF No. 44. Defendants filed a response on July 3, 2023, stating that, while there had been some inadvertent delays, counsel had caused the reimbursement check to be mailed to Plaintiff on June 24, 2023. ECF No. 45. In light of Defendants' letter, the Court assumes that the issue is moot. But if Plaintiff has not received the check by **July 17, 2023,** she should notify Defendants accordingly and, if that does not resolve the issue, seek appropriate relief from the Court.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: July 5, 2023
       New York, New York

                                               _____
                                               JESSE M. FURMAN
                                               United States District Judge