UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                    :
STACEY MAKHNEVICH,                                  :
                              Plaintiff,            :
                                                    :          23-CV-1559 (JMF)
              -v-                                   :
                                                    :          ORDER
ARROWOOD INDEMNITY COMPANY, et al.,                 :
                              Defendants.           :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

 On July 20, 2023, Defendants Arrowood Indemnity Company, Roach & Murtha, P.C., and Timothy Murtha filed a motion to dismiss the complaint for lack of standing under Rule 12(b) of the Federal Rules of Civil Procedure.

 Pursuant to the Court's June 29, 2023 Order, *see* ECF No. 39, Plaintiff shall file any opposition to the motion to dismiss by **August 17, 2023**.  Defendant's reply, if any, shall be filed and served by **August 24, 2023**.

 Either party may request an extension of the briefing schedule for the motion.  A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

 Finally, the Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

 SO ORDERED.

Dated: July 21, 2023
  New York, New York
             JESSE M. FURMAN
             United States District Judge