**ROBERT L. ARLEO, ESQ. P.C.**
1345 Avenue of the Americas
33rd Floor
New York, N.Y.  10105

Telephone: (212) 551-1115                                      Fax: (518) 751-1801
Email: robertarleo@gmail.com                            wwwrobertarleo.com

November 17, 2023

Honorable Valerie Figueredo
U.S. Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, New York 10007

                              RE: Stacy Makhnevich v. Arrowood Indemnity Company et al.
                              23-cv-1559 (S.D.N.Y) (JFM).

Dear Magistrate Judge Figuerdo:

     Please be advised that my client, Arrowood Indemnity Company (AIC), a Defendant named
in the above-entitled action, is the subject of a liquidation proceeding in the Delaware Chancery
Court. That Court has issued an injunctive stay on all lawsuits pending against AIC.
Based upon said stay I ask Your Honor to stay all proceedings, deadlines and the initial
conference set for later this month, pending further developments in the AIC liquidation
proceeding.

                              Respectfully submitted,

                              /  s  /  *Robert L. Arleo*

                              Robert L. Arleo

RLA:gra
CC: Plaintiff via email and regular mail
     Defendants via email

Application Granted

Valerie Figueredo, U.S.M.J.
                         DATED:  November 20, 2023

The Clerk of Court is respectfully directed to terminate the motions
at ECF Nos. 89 and 90.