**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

STACY MAKHNEVICH,

                          Plaintiff,          **23-CV-01559 (JMF) (VF)**

         -against-                       **ORDER**

ARROWOOD INDEMNITY COMPANY,
ROACH & MURTHA ATTORNEYS AT LAW, P.C.,
TIMONY MURTHA, ARROWPOINT CAPITAL MANAGEMENT, L.L.C.,
ARROWPOINT GROUP, L.L.C., and ARROWPOINT PARTNERS, L.P.,

                          Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to file a joint status letter by **July 11, 2025**, informing the Court on the progress of the liquidation proceeding.

      **SO ORDERED.**

DATED:    New York, New York
             June 6, 2025

                                                   _____
                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge