**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

STACY MAKHNEVICH,

                          Plaintiff,                **23-CV-01559 (JMF) (VF)**

           -against-                                **ORDER**

ARROWOOD INDEMNITY COMPANY,
ROACH & MURTHA ATTORNEYS
AT LAW, P.C., TIMONY MURTHA,
ARROWPOINT CAPITAL MANAGEMENT, L.L.C.,
ARROWPOINT GROUP, L.L.C., and
ARROWPOINT PARTNERS, L.P.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In light of the joint status letter at ECF No. 104, the parties are directed to brief the issue regarding lifting the stay according to the following schedule: Plaintiff's letter-brief is due **Tuesday, July 29, 2025**; Defendants' letter-brief is due **Tuesday, August 12, 2025**. The parties' submissions are to be no more than five pages.

      **SO ORDERED.**

DATED:    New York, New York
              July 15, 2025

                                                               VALERIE FIGUEREDO
                                                               United States Magistrate Judge