UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STACY MAKHNEVICH,

                         Plaintiff,                      **23-CV-01559 (JMF) (VF)**

        -against-                               **ORDER**

ARROWOOD INDEMNITY COMPANY,
ROACH & MURTHA ATTORNEYS
AT LAW, P.C., TIMONY MURTHA,
ARROWPOINT CAPITAL MANAGEMENT, L.L.C.,
ARROWPOINT GROUP, L.L.C., and
ARROWPOINT PARTNERS, L.P.,

                         Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A conference to address the issues raised at ECF No. 104 and the parties' forthcoming briefing regarding the stay is hereby scheduled for **Tuesday, August 26, 2025 at 3:00 p.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:     New York, New York
                July 22, 2025

                                                      _____
                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge