UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

STACY MAKHNEVICH,

                Plaintiff,                23-CV-01559 (JMF) (VF)

    -against-                **ORDER**

ARROWOOD INDEMNITY COMPANY,
ROACH & MURTHA ATTORNEYS AT LAW, P.C.,
TIMOTHY MURTHA, ARROWPOINT
CAPITAL MANAGEMENT, L.L.C., ARROWPOINT
GROUP, L.L.C., ARROWPOINT PARTNERS, L.P.,
JOHN/JANE DOES 1-20, ROACH & MURTHA, PC,
ONE WORLD JUDICIAL SERVICES INC.,
SUSAN CORTINA, MUSAB NASSAR,

                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The conference that had been scheduled for November 3, 2025 is rescheduled for **Wednesday, November 12, 2025 at 11 a.m.** in Courtroom 17-A, 500 Pearl Street, New York, New York pursuant to Plaintiff's request at ECF No. 125. The Clerk of the Court is respectfully requested to terminate the motion at ECF No. 125.

        SO ORDERED.

DATED:    New York, New York
                September 22, 2025

                                                                _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge