**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

STACY MAKHNEVICH,

                            Plaintiff,                    **23-CV-01559 (JMF) (VF)**

            -against-                                     **ORDER**

ARROWOOD INDEMNITY COMPANY, et al.,

                            Defendants.

------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to meet and confer and complete a Proposed Case Management

Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF by **January 30, 2026**.

Counsel who disagree about the dates or other terms of the proposed schedule shall submit a

joint letter briefly explaining the dispute. Such letter, if any, must be submitted by **January 30,**

**2026**.

      **SO ORDERED.**

DATED:      New York, New York
            January 20, 2026

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge